FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0138

Lawrence E. Henke
Vicevich Law
3738 Harrison Avenue
Butte, MT   59701
Telephone: (406) 782-1111
larry@vicevichlaw.com
State Bar of MT No. 42337024

Timothy M. Dick, P.C.
17 South Main Street
P.O. Box 645
Butte, Montana  59703
Telephone:  (406) 723-2345
        *Attorneys for Counter-Defendant and
        Appellee/Cross Appellant.*

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 24-0138

| | |
|---|---|
| THE ESTATE OF WILLIAM HARRIS, III,     ) | **ORDER GRANTING APPELLEE'S** |
|          ) | **MOTION FOR EXTENSION OF TIME** |
|    Counter-Plaintiff and     ) | **FOR FILING BRIEF** |
|    Appellant,     ) | |
|          ) | |
|    v.     ) | |
|          ) | |
| MICHAEL REILLY,     ) | |
|          ) | |
|    Counter-Defendant and     ) | |
|    Appellee/Cross Appellant.     ) | |
|          ) | |

Having reviewed Appellee/Cross Appellant's Motion for Extension of Time for Filing Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Michael Reilly shall have until December 13, 2024 to file his brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 12 2024